IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WLC, LLC d/b/a THE LEARNING       )
TOGETHER COMPANY,                  )
                                   )
    Plaintiff,                    )
                                   )
    v.                            )     1:06CV129
                                   )
W. DAVID WATKINS, WATKINS          )
STRATEGY AND RESOURCE GROUP,       )
LLC d/b/a WATKINS PARTNERS,        )
WATKINS & ASSOCIATES, PLLC,        )
WATKINS & YOUNG, PLLC,             )
WATKINS & YOUNG PROPERTIES, LLC,   )
WATKINS PROPERTIES, LLC,           )
EQUITY RESORTS LLC, and STATE      )
CAPITAL SERVICES, LLC,             )
                                   )
    Defendants.                   )

ORDER

OSTEEN, District Judge

    In this Standing Order 30 proceeding, the Magistrate Judge has recommended that Defendants' motion to dismiss for lack of personal jurisdiction be granted. The Magistrate Judge's recommendations render the following motions moot: Defendants' alternative motion to transfer venue pursuant to the first-to-file rule and Plaintiff's motion to remand. Plaintiff filed a timely objection to the recommendation and Defendants filed a response to Plaintiff's objection.

This court has conducted a review of the file and has determined that the recommendation of the Magistrate Judge is appropriate and should be adopted.

For the reasons set forth in the Magistrate Judge's recommendation of June 12, 2006,

IT IS ORDERED that Defendants' motion to dismiss (Doc. No. 6) is GRANTED and Defendants' alternative motion to transfer venue pursuant to the first-to-file rule is denied as moot.

IT IS FURTHER ORDERED that Plaintiff's motion to remand (Doc. No. 11) is denied as moot.

This the 13th day of September 2006.

/s/ William L. Osteen
United States District Judge